RECEIVED
APR 15 2025
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

# UNITED STATES DISTRICT COURT

for the

SOUTHERN District of OHIO

__________ Division

Case No. 1:25CV244
*(to be filled in by the Clerk's Office)*

KEVIN GENE MCENTIRE
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

JANCOA JANITORIAL SERVICES INC
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☐ No

J. HOPKINS

M.J. BOWMAN

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | KEVIN MCENTIRE |
| Street Address | 1669 JONATHAN AVE. |
| City and County | CINCINNATI HAMILTON |
| State and Zip Code | OHIO 45207 |
| Telephone Number | 513-709-0008 |
| E-mail Address | MCENTIREKEVIN60@GMAIL.COM |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | JANCOA |
| Job or Title *(if known)* | |
| Street Address | 525 VINE ST. |
| City and County | CINCINNATI HAMILTON |
| State and Zip Code | OHIO 45202 16th Floor |
| Telephone Number | 513-351-7200 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | ROOKWOOD ACCOUNT |
| Street Address | EDWARDS RD |
| City and County | CINCINNATI HAMILTON |
| State and Zip Code | OHIO |
| Telephone Number | |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [x] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

  *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

  *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

  *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Other federal law *(specify the federal law)*:

- [ ] Relevant state law *(specify, if known)*:

- [ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*:

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

AROUND DEC 2023, ON GOING, OFF AND ON, UNTIL AROUND FEB 2025

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race
- ☑ color SAME EQUAL WITH ETHNIC/RACE
- ☐ gender/sex
- ☑ religion RELIGOUS BELIEFS
- ☑ national origin BEING BORN AND RAISED IN U.S.A.
- ☐ age *(year of birth)* *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

I. YOU MUST FILE A COMPLAINT THAT CONTAINS A SHORT STATEMENT OF THE FACTS OF YOUR CASE WHICH SHOWS THAT YOU ARE ENTITLED TO RELIEF.

COMPLAINT

II. JANCOA DOCUMENTED FOR ME THE FACT THAT THEY KNOW ABOUT THE CONCERNS AT ROOKWOOD ACCOUNT. IN OTHER WORDS THEIR AWARE OF ILLEGAL DISCRIMINATION AND MALICOUS DEFAMATION OF REPUTATION BEING REPORTED TO JANCOA BOTH BEFORE AND AFTER EEOC CHARGE OF EMPLOYMENT DISCRIMINATION WAS FILED.

III. JANCOA DOCUMENTED FOR ME THE FACT THAT THEY FEEL LIKE THESE CONCERNS ARE PRIMARILY AN ISSUE OF MISCOMMUNICATION DUE TO A DIFFERENCE OF LANGUAGES BETWEEN ALL PARTIES INVOLVED AT ROOKWOOD. IN OTHER WORDS THE SYSTEM JANCOA HAS SET UP AT ROOKWOOD CONSIST OF THE 'MAJORITY' WHICH MOVED HERE FROM OUTSIDE U.S.A. YEARS AGO PRIMARY LANGUAGE DIFFERENT THAN ENGLISH AND A CLIENT THATS USE TO THIS SYSTEM

FOR YEARS. THEN COMES THE 'MINORITY' BORN IN U.S.A. PRIMARY LANGUAGE 'ENGLISH' THIS IS WHY MISCOMMUNICATIONS AND THESE CONCERNS SUCH AS ILLEGAL DISCRIMINATION, DEFAMATION OF REPUTATION, SLANDER, HARASSMENT AND TRYING TO GET AWAY WITH A WRONGFUL TERMINATION OF EMPLOYMENT HAPPEN.

IV. WHAT JANCOA IS NEGLIGENT OF, WILLINGLY NEGLECTED, CONTINUED TO NEGLECT, REFUSED TO ADDRESS IS TO DO ANYTHING ABOUT THE CONCERNS. THEY KNOW ABOUT THE CONCERNS THEY KNOW WHY THE CONCERNS EXIST, BUT JANCOA FAILED TO DO ANYTHING ABOUT THE CONCERNS PREFERABLY EARLY ON BEFORE THEY GOT MUCH WORSE. INSTEAD THEY DEPENDED ON THE SYSTEM THEY HAD SET UP AT THE ACCOUNT WHICH IS THE PROBLEM NOT THE SOLUTION SO THE CONCERNS CONTINUED TO GET WORSE, INCLUDING THE FACT THAT NONE OF JANCOA EMPLOYEES EVER RECEIVED ANY DISCIPLINARY ACTION IN ANY WAY FOR SERIOUS WRONG DOINGS AT THE ACCOUNT AFTER BEING REPORTED TO MANAGEMENT / COMPANY OFFICE. NONE WITH MANAGEMENT A REPORT OR TAKE SERIOUS ACTION AGAINST CLOSE RELATIVE(S).

V. THEN THERE IS A ETHICS PROBLEM A SERIOUS CONFLICT OF INTEREST. I SPOKE WITH GEILY ORIENTATION MANAGER ON 6-20-24 AND AGAIN ONCE IN AUG 2024 AND A 3RD TIME AROUND A FEW MONTHS LATER, JANCOA ONLY HAD MASON ACCOUNT AVAILABLE. I CONTINUED LOOKING INTO SOMETHING OTHER THAN JANCOA

AS SERIOUS ILLEGAL DISCRIMINATION CONTINUED AT THE ACCOUNT MONTH AFTER MONTH. ON 12-31-24 I SPOKE WITH ORIANA HR AND CLINT CO OWNER AT COMPANY OFFICE. I MENTIONED A INCIDENT THAT RECENTLY HAPPEN AT THE ACCOUNT ANOTHER EXAMPLE OF WORKPLACE HARASSMENT, DEFAMATIO OF REPUTATION AND HOSTILE WORK ENVIRONMENT. ORIANA HR AND CLIENT CO OWNER MENTIONED VIEWING THEIR CLIENTS CAMERA SYSTEM WHICH I BELIEVED THEY DID AND APPARENTLY EVERYBODY AT THE ACCOUNT VIEWED IT AS WELL. DURING THIS MEETING AND DISCUSSION ORIANA COMPANY HR BLURRED OUT THEIR FROM A REFUGEE CAMP AS IF TO SAY THATS WHY JANCOA DONT TAKE DISCIPLINARY ACTION AGAINST SOME EMPLOYEES, MY FIRST TIME HEARING THAT SOME EMPLOYEES ARE FROM A REFUGEE CAMP. ON 2-17-25 I SPOKE WITH PASSON AT COMPANY OFFICE WHO IS IN CHARGE OF TIME FOR JANCOA ACCORDING TO HR, ABOUT AN INCIDENT WITNESSED CONCERNING THE PAYCOM CLOCK SYSTEM AT THE ACCOUNT AROUND A WEEK AGO. I KNOW WHAT IT LOOKED LIKE HAD HAPPEN BUT IT WAS BASICALLY SAID THAT JANCOA HAVE SOMETHING TO FIX CONCERNING THE PAYCOM CLOCK

SYSTEM THIS IS WHY A DIFFERENT NAME FROM ANOTHER ACCOUNT COULD SHOW UP ON THE CLOCK, WHAT WAS SAID DIDNT MAKE ANY SENSE AT ALL IN THIS CASE BUT JANCOA REPRESENTATIVE PASSON THANKED ME FOR LETTING THEM KNOW.

AFTER A CONTINUOUS TIME OF BEING ILLEGALLY DISCRIMINATED AGAINST ON 2-18-25 I SPOKE WITH BEONCA RECEPTIONIST TO INFORM HAVE SOMETHING ELSE MOVING ON, RECEPTIONIST SAID WOULD TELL HR. THANKFULLY DIDNT RECEIVE WRONGFUL TERMINATION OF EMPLOYMENT. JANCOA REFUSING TO TAKE DISCIPLINARY ACTION AGAINST THEIR SYSTEM THEY HAD SET UP AT THE ACCOUNT FOR YEARS ALLOWED THEM, ENCOURAGED THEM, HELPED AND CAUSED THIS SYSTEM TO TRY AND GET AWAY WITH ILLEGAL DISCRIMINATION AND ALL THAT MAKE UP THIS DISCRIMINATION, WORKPLACE HARASSMENT, DEFAMATION OF REPUTATION, HOSTILE WORK ENVIRONMENT, SLANDER, AND TRYING TO GET AWAY WITH A WRONGFUL TERMINATON OF EMPLOYMENT. BECAUSE OF WHAT I THE MINORITY HAD TO ENDURE JANCOA SHOULD BE LIABLE BY THE COURT SYSTEM.

KEVIN MCENTIRE

Kevin McEntire 4-6-25

Kevin McEntire
4-7-25

Sworn to me this 7th day of April 2025 by Kevin McEntire.
Larry Ray Henderson III

LARRY RAY HENDERSON III, NOTARY PUBLIC
COMM. EXP. JULY 16, 2027
STATE OF OHIO

PRIVACY ACT STATEMENT;
CONCERNING EEOC FORM5A,
NUMBER 5. STATES AMONG OTHER
THINGS THAT CHARGES MAY BE
CLARIFIED OR AMPLIFIED LATER
BY AMENDMENT.

EEOC FORM5A / MOTION

A REQUEST TO
ALLOW EEOC
FORM 5A
AMENDMENT
CLARIFYING

KEVIN MCENTIRE
1669 JONATHAN AVE.
CINCINNATI, OHIO 45207
513-709-0008

4-7-25

Kevin McEntire

I. EEOC FORM5A CHARGES MAY BE CLARIFIED OR AMPLIFIED LATER BY AMENDMENT.

II. THE MERRIAM WEBSTER DICTIONARY
A DEFINITION OF: NATIONAL – OF OR RELATING TO A NATION.
A DEFINITION OF: ORIGIN – BEGINNING.

III. I RECEIVED A DOCUMENT FROM JANCOA ON 1-18-25 WHICH MENTIONED AMONG OTHER THINGS THAT THEY FEEL LIKE MY CONCERNS ARE PRIMARILY AN ISSUE OF MISCOMMUNICATION DUE TO A DIFFERENCE OF LANGUAGES BETWEEN ALL PARTIES INVOLVED AT ROOKWOOD
: MY CONCERNS ARE MENTIONED ON EEOC FORM5A A CHARGE OF EMPLOYMENT DISCRIMINATION NOV 19 2024 AND ANYTHING BEFORE OR AFTER THIS DATE CONCERNING THIS CHARGE.
: DIFFERENCE OF LANGUAGES REFER TO THE SYSTEM JANCOA HAS SET UP AT ROOKWOOD

IV. I WAS DISCRIMINATED AGAINST: BECAUSE OF MY NATIONAL ORIGIN - THE NATION/COUNTRY BORN AND RAISED IN ALSO PARENTS WAS BORN AND RAISED IN WHICH IS THE UNITED STATES OF AMERICA; ALSO MY LANGUAGE WHICH IS THE ENGLISH SPEAKING LANGUAGE.

: BECAUSE OF

MY COLOR WHICH IS BROWN SKIN TONE SOME MAY EQUAL THIS WITH ETHNIC/RACE.
I RECEIVED ON GOING PERSECUTION/RETALIATION FOR REPORTING SERIOUS WRONG DOINGS AT THE ACCOUN
I RECEIVED ON GOING PERSECUTION FOR RELIGOUS BELIEFS, AS JANCOA WORDS IT IN A DOCUMENT RECEIVED FROM THEM IN JANUARY OF 2025 WHICH STATED THAT I HAVE BEEN A MODEL EMPLOYEE FOR JANCOA, THIS CAN ONLY HAPPEN BECAUSE OF MY RELIGOUS BELIEFS.

II. WHEN I BEGAN WORKING PART TIME AT JANCOAS ROOKWOOD ACCOUNT ON 12-13-23 DOING A SPECIAL ASSIGNMENT IN A FINANCIAL ACCOUNT ON THE 6TH FLOOR AND A LOCATION ON THE 1ST FLOOR THERE WAS THREE FULL TIME EMPLOYEES WORKING AT THE ACCOUNT REGULARLY. TWO FULL TIME EMPLOYEES AND WHAT JANCOA REFER TO AS N.O. MANAGER MOVED HERE FROM SOME AREA OUTSIDE U.S.A. ESTIMATE AROUND 12 YRS AGO SOME OR ALL THREE FROM A REFUGEE CAMP ACCORDING TO HR ON 12-31-24. THE OTHER FULL TIME EMPLOYEE MOVED HERE FROM SOME AREA OUTSIDE U.S.A. ESTIMATE AROUND 5 YRS AGO. THESE EMPLOYEE. PRIMARY LANGUAGE IS DIFFERENT THAN ENGLISH JANCOAS SYSTEM HAD A ETHICS PROBLEM

A SERIOUS CONFLICT OF INTEREST THAT JANCO, NOT THEIR EMPLOYEES HAD SET UP AT THIS ACCOUNT. THE O. MANAGER LANCE IS N.O. MANAGERS BOSS ACCORDING TO HR AND CLINT ON 12-31-24. SOON AFTER STARTING AT THIS ACCOUN MAY HAVE APPEARED JANCOA EMPLOYEE(S) ARE AT FAULT FOR SERIOUS WRONG DOINGS BUT A CLOSER LOOK SHOWS ITS ONE HUNDRED PERCENT JANCOA. FAULT. JANCOA EMPLOYEES INCLUDING MANAGERS ARE ONLY GETTING AWAY WITH WHAT JANCOA IS ALLOWING THEM TO GET AWAY WITH WHEN ITS BEING CONSTANTLY REPORTED TO THE COMPANY AND MANAGER FOR ALMOST A FULL YEAR AS STATED IN A LETTER SENT TO JANCOA DEC10,2024 BY CERTIFIED MAIL WHICH THEY RECEIVED AND SIGNED FOR ON 12/13/2024 THIS WAS FOR JANCOA OWNERS RON, CLINT AND CHRISTY.

VI. I BELIEVE THERE IS A HISTORY OF EMPLOYEE ILLEGAL MISTREATMENT BY JANCOAS SYSTEM THEY HAVE SET UP AT THIS ACCOUNT WHETHER ACCIDENTAL OR NOT. ITS EVIDENT AND EVIDENCE IS

① BECAUSE I REPORTED BEING DISCRIMINATED AGAINST AND DEFAMATORY INCIDENTS TO JANCOA MANAGE AND THE COMPANY OFFICE EARLY ON BUT NOTHING OR THE SAME AS NOTHING WAS DONE ABOUT IT

② BECAUSE WHAT WAS SAID TO ME DURING A PHONE CALL RECEIVED FROM A JANCOA MANAGER

③ BECAUSE THE THREE FULL TIME EMPLOYE[E] WITH THIS N.O. MANAGER SORT OF A FAMILY AFFAIR BEEN AT THIS ACCOUNT FOR YEARS BUT THE PART TIME SPECIAL ASSIGNMEN[T] EMPLOYEES FROM WHATS BEEN APPLIED BY A MANAGER COME AND GO. ITS EVIDENT AND EVIDENCE.

I BELIEVE JANCOA WHETHER ACCIDENTAL OR NOT DISCRIMINATE IN THEIR HIRING PRACTICE, THEY ONLY HAVE FOREIGNERS AT THIS ACCOUNT ON A REGULAR BASIS, IF BORN AND RAISED IN U.S.A. AND YOUR PARENTS ALSO, THEN YOU DONT FIT THAT, ADD BROWN SKIN COLOR AND BELIEVER IN CHRIST THEN THIS SYSTEM / NOT NECCESARILY EVERY INDIVIDUAL BUT THE SYSTEM AS A WHOLE DELIBERATEL[Y] TRY TO GET AWAY WITH ILLEGAL DISCRIMINATIO[N] MALICOUS DEFAMATION OF REPUTATION, SLANDE[R] HARASSMENT, AND TRYING TO GET AWAY WITH A WRONGFUL TERMINATION OF EMPLOYMENT.

: ITS EVIDENT, ITS OBVIOUS.
: THE EVIDENCE IS, THATS THE WAY IT IS.
: THE EVIDENCE SPEAKS FOR ITSELF.

SUPPOSEDLY JANCOA IS A FAMILY OWNED BUSINESS THATS BEEN IN BUSINESS FOR AROUND 53 YEARS. SUPPOSEDLY DURING THESE YEARS EVEN WHEN THE COMPANY WAS LOCATED AT THEIR OLD ADDRESS PEOPLE HAVE MOVED TO U.S.A. FROM DIFFERENT AREAS TO DO JANITORIAL WORK INCLUDING OFFICE WORK FOR THE COMPANY. SUPPOSEDLY THERE IS NOTHING WRONG WITH THAT AS LONG AS ITS BEEN LAWFUL, PREFERABLY NONE MOVING TO THE U.S.A. ILLEGALLY; AND PREFERABLY NO SERIOUS CRIMINAL RECORDS BROUGHT HERE THAT SHOULD BE ADDRESSED; AND PREFERABLY NONE HAVING A SERIOUS RESENTMENT, HATRED OR ANGER TOWARDS U.S.A. BORN AND RAISED CITIZENS (OF WHATEVER COLOR FROM BLACK TO WHITE INCLUDING ALBINO); BUT IF THERE IS A CONCERN THAT SHOULD BE ADDRESSED THEN ITS JANCOA JOB, DUTY, RESPONSIBILITY TO PROPERLY ADDRESS NOT TO IGNORE THE CONCERN(S); AND IF THEY DONT OR IF THEY DIDNT THEN JANCOA SHOULD BE HELD LIABLE BY: UNITED STATES OF AMERICA COURTS SYSTEM.

KEVIN MCENTIRE
Kevin McEntire 4-6-25

THIS ATTACHED PAPER IS A
XEROX COPY OF THE ENVELOPE
RECEIVED FROM EEOC ON 1-18-25
POST MARK DATE 15 JAN 2025

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
CINCINNATI AREA OFFICE
JWP FEDERAL BUILDING
550 MAIN STREET, STE 10019
CINCINNATI, OH 45202-5202

CINCINNATI OH 45
15 JAN 2025 PM 2

US POSTAGE PITNEY BOWES
ZIP 46204 $ 000.64⁰
02 4W
0000361439 APR 17 2024

US POSTAGE PITNEY BOWES
ZIP 46204 $ 000.64⁰
02 4W
0000361439 APR 17 2024

received dat 1-18-25

(This Notice replaces EEOC FORMS

Issued On: 12/30/20

To: Kevin McEntire
1669 Jonathan Ave.
Cincinnati, OH 45207

45207-152469

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

NOV 19 2024

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 1-18-25 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

NO AMOUNT IS TO MUCH FOR MONETARY DAMAGES FROM JANCOA BECAUSE OF WHAT I HAD TO ENDURE FROM BEING ILLEGALLY DISCRIMINATED AGAINST AND ALL THAT MAKE UP THIS DISCRIMINATION ALL THE HEADACHES EVEN NOW HAVING TO DEAL WITH THIS LEGAL CASE WHICH TAKES AWAY FROM DRAWING AS A FREE LANCE ARTIST AND PRODUCING ART WORK, THERE WAS NO NEW ART WORK PRODUCED IN 2024 AND BECAUSE OF MY CONCERN PEOPLE ARE NOT RECEIVING SIMILIAR DISCRIMINATION ANYWHERE IN THE WORKING WORLD, A FAIR AND MODEST AMOUNT FOR MONETARY DAMAGES FROM JANCOA IS $120,000.00

ONE HUNDRED AND TWENTY THOUSAND

DOLLARS.

ON BACK PAGE OF U.S. E.E.O.C.
DETERMINATION OF NOTICE OF RIGHTS
IT STATES AMONG OTHER THINGS
THAT, IN VERY LIMITED
CIRCUMSTANCES A U.S.
DISTRICT COURT MAY APPOINT
AN ATTORNEY TO REPRESENT
INDIVIDUALS WHO DEMONSTRATE
THAT THEY ARE FINANCIALLY
UNABLE TO AFFORD AN ATTORNEY.

LEGAL REPRESENTATION/MOTION

A REQUEST TO
APPOINT EMPLOYMENT
LAW ATTORNEY TO
REPRESENT
PRO BONO OR CONTINGENT FEE

KEVIN MCENTIRE
1669 JONATHAN AVE.
CINCINNATI, OHIO 45207
513-709-0008

4.

Kevin McEntire

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Cincinnati Area Office**
550 Main Street, Suite 10-191
Cincinnati, OH 45202
(513) 914-6009
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 12/30/2024

**To:** Kevin McEntire
1669 Jonathan Ave.
Cincinnati, OH 45207
Charge No: 473-2025-00408

EEOC Representative and email: MATTHEW MEISMAN
Investigator
matthew.meisman@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 473-2025-00408.

On behalf of the Commission,

Digitally Signed By:Michelle Eisele
12/30/2024

Michelle Eisele
District Director

**Cc:**
Oriana Nava
Jancoa
525 Vine St., Ste. 1600
Cincinnati, OH 45202

Please retain this notice for your records.

District Director at Michelle Eisele, 115 W. Washington St. South Tower Suite 600, Indianapolis, IN 46204.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 473-2025-00408 to the District Director at Michelle Eisele, 115 W. Washington St. South Tower Suite 600, Indianapolis, IN 46204.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

# INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court* ***under Federal law****. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 473-2025-00408 to the

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-14-25

Signature of Plaintiff: Kevin McEntire

Printed Name of Plaintiff: KEVIN MCENTIRE

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address